JOHN DESROCHES, Appellant, v. LOTTIE VARTIGAN et al., Respondents.—
*Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.